# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

| | |
|---|---|
| Kurt M Warren <br> *Plaintiff* <br> v. <br> NaphCare, Spokane County Jail <br> *Defendant* | Civil Action No. 2:16-cv-00375-SAB |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Order Dismissing Second Amended Complaint, ECF No. 18, with prejudice.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Stanley A. Bastian in an Order Dismissing Second Amended Complaint, ECF No. 18, with prejudice.

Date: 8/3/17

*CLERK OF COURT*

SEAN F. McAVOY

s/ Shelly Koegler
*(By) Deputy Clerk*

Shelly Koegler